IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **12-cv-922-AP**

**JUAN ENRIQUEZ SANTILLAN,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Unopposed Plaintiff's Petition for Fees Under 28 U.S.C. § 2412 and Stipulation, (doc. #31), filed November 21, 2012, is **GRANTED.**  In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees and expenses in the amount of **$5,000.00**.

Dated at Denver, Colorado, this 26th day of November, 2012.

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT